UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEPHEN OUWINGA, LEANN OUWINGA, DAVID OUWINGA, CHRISTINE OUWINGA, and STONEY CREEK FISHERIES AND EQUIPMENT, INC., on behalf of themselves and all others similarly situated,<br><br> *Plaintiffs*,<br><br>vs.<br><br>BENISTAR 419 PLAN SERVICES, INC., et al.,<br><br> *Defendants*. | Case No. 3:13-cv-1762-VLB<br><br>Related case: No. 1:09-cv-60, Pending in the United States District Court for the Western District of Michigan, Southern Division<br><br><br>January 16, 2014 |

### JOINT CERTIFICATE OF CONFERENCE REGARDING BENISTAR'S MOTION TO QUASH

On January 9, 2014, this Court entered an Order denying Benistar's[1] Motion to Quash and, in the alternative, Protective Order without prejudice to Benistar refiling a revised motion on or after January 15, 2014, clearly indicating why it believes each specific request for production in the subpoenas is overly broad, supported by an applicable legal and factual basis. (Docket Entry 21.) The Court further ordered Benistar to file a privilege log and send copies of the documents over which privilege is asserted to the Court for an in camera inspection to the extent it is asserting attorney-client privilege over any legal opinions. (*Id.*) Finally, the Court ordered the parties to meet and confer regarding possible resolution of

---

[1] "Benistar," as used herein, includes Benistar 419 Plan Services, Inc. and Benistar Admin Services, Inc.

1

ORAL ARGUMENT REQUESTED

this dispute before Wednesday, January 15, 2014.

Counsel for the parties hereby certifies that they conducted a teleconference on Tuesday, January 14, 2014.  During this conference, counsel for Plaintiffs and counsel for Benistar discussed a proposal that Benistar produce a single corporate representative to be deposed on the topics set forth in the subpoenas to Bursey and Trudeau (which are identical) and produce documents in response to a narrowed set of documents requests from those set forth in the Subpoenas. Counsel for Benistar further informed Plaintiffs' counsel that Bursey and Carpenter had now been indicted (*see* United States v. Carpenter, et al., Case No. 3:13-cr-00226-RNC, in the District of Connecticut) and that Trudeau would be joining them in pleading their Fifth Amendment privilege against self-incrimination in response to the Subpoenas.

Plaintiffs' counsel agreed that with affidavits from Bursey, Carpenter, and Trudeau or their counsel, affirming their intent to assert their Fifth Amendment privilege against self-incrimination, they would be amenable to the proposal to take a deposition of a corporate representative of Benistar in lieu of pursuing the original Subpoenas as issued.  And, after discussing each request individually, Plaintiffs were amenable to further limiting the requests in the manner set forth in the attached correspondence from Plaintiffs' counsel to Benistar's counsel.  (*See* January 14, 2014, e-mail from W. Ralph Canada, Jr. to Joseph J. Arcata, III, attached hereto as <u>Exhibit A</u>.)  Finally, counsel for Benistar agreed that if an overall agreement on the Subpoenas was not reached, Benistar would file its revised motion to quash by Wednesday, January 22, 2014, owing to the need to resolve

Benistar's objections well in advance of the February 20, 2014, discovery cut-off in the Michigan Action.  Upon request, Plaintiff's counsel has further agreed to extend this deadline to Thursday, January 23, 2014.

Despite the conferencing efforts of counsel, as of the filing of this Certificate, Benistar has not responded to the proposal set forth above.  Plaintiffs therefore request that, per the agreement reached, this Court require Benistar to file a revised motion to quash by January 23, 2014, and provide a privilege log of materials over which they are claiming attorney-client privilege and produce those documents to the Court for an in-camera review by that same deadline.  Counsel for Benistar has signed below to indicate the foregoing is an accurate record of counsels' efforts to confer on this matter.

DATED:  January 16, 2014

Respectfully submitted,

/s/ W. Ralph Canada, Jr.

David R. Deary
W. Ralph Canada, Jr.
Jeven R. Sloan
K. Adam Rothey
Tyler M. Simpson
LOEWINSOHN FLEGLE DEARY, LLP
12377 Merit Drive, Suite 900
Dallas, Texas  75251
Phone: (214) 572-1700
Fax:  (214) 572-1717

Garrett S. Flynn, Esq. (CT 22071)
The Law Offices of Garrett S. Flynn, LLC
10 North Main Street, #316
West Hartford, CT 06107
Phone:  (860) 676-3148

Fax:  (860) 674-0085
gsf@flynn-law.com

*Counsel for Plaintiffs*
*/s/Joseph J. Arcata, III*
Joseph J. Arcata III Fed. Bar No. ct27104
HALLORAN & SAGE LLP
One Goodwin Square 225 Asylum Street
Hartford, CT 06103
Tel:      (860) 522-6103
Fax:     (860) 548-0006
E-Mail:  arcata@halloran-sage.com

**Attorneys for Benistar 419 Plan Services, Inc.**

### CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2014, a copy of the foregoing was filed electronically and served by electronic mail to the following parties:

Joseph J. Arcata, III
HALLORAN & SAGE LLP
225 Asylum Street
Harford, CT 06103-4303
Telephone:  860-241-4092
Fax:  860-548-0006
arcata@halloran-sage.com
*Counsel for Benistar*

Melissa Corrie Anne Brown
DYKEMA GOSSETT PLLC
300 Ottawa Avenue N.W., #700
Grand Rapids, MI  49503
mbrown@dykema.com
*Counsel for Defendants John Hancock Variable Insurance Company and John Hancock Life Insurance Company*

Joel S. Feldman
Eric S. Mattson
Jason M. Adler
SIDLEY AUSTIN LLP
One South Dearborn Street

4

Chicago, Illinois  60603
jfeldman@sidley.com
emattson@sidley.com
jadler@sidley.com
*Counsel for Defendants John Hancock Variable Life Insurance Company and John Hancock Life Insurance Company*

/s/ W. Ralph Canada, Jr.
**Counsel for Plaintiffs**