# K.Adam Rothey

**From:** Ralph Canada
**Sent:** Tuesday, January 14, 2014 3:24 PM
**To:** 'Arcata III, Joseph J.'
**Cc:** 'Garrett S. Flynn'; Jeven Sloan; K.Adam Rothey
**Subject:** RE: Activity in Case 3:13-cv-01762-VLB Ouwinga et al v. Benistar 419 Plan Services, Inc. et al Order on Motion to Quash

Jay,

Here's a summary of our conversation earlier today, and an answer on RFP No. 13. Please let me know if you disagree with the way I have stated anything here and, otherwise, let me know as soon as you hear something from your client. Per the Court's Order, I believe we need to have completed our conferencing (and either have an agreement or not) by the end of the day tomorrow, and we will make ourselves available should we need to talk further.

Your proposal (subject to client approval) is that Benistar produce Kathy Kehoe, the Plan Administrator, as a corporate representative of Benistar 419 Plan Services, Inc. and Benistar 419 Admin Servs., Inc., to be deposed on the topics set forth in the subpoenas to Bursey/Carpenter (which are identical). You would also arrange for an affidavit regarding Bursey/Carpenter/Trudeau's refusal to testify based on their 5th Amendment right against self-incrimination.

As to the specific requests, I believe the following summarizes our proposals:
No. 1 – You believe Benistar has produced everything they have on this one, so we are just looking for a statement to that effect
No. 2 – This is very important and would remain as is
No. 3 – Plaintiffs will forego this request for now
No. 4 – Plaintiffs will limit this to pre-2004
No. 5 – Remains as is
No. 6 – Plaintiffs will limit this to pre-2004
No. 7 – Remains as is
No. 8 – All we need is the total number, not all the documents
No. 9 – All we need is the total number, not all the documents
No. 10 – All we need is a number, not all documents
No. 11 – All we need are numbers, not all documents
No. 12 – Remains as is
No. 13 – Plaintiffs will limit this to pre-2004, but feel this is very important to class RICO claims
No. 14 – Remains as is
No. 15 – Don't need all the releases, but would ask for documents and communications evidencing the requirement that releases be obtained or signed in connection with participation in the Plan or exit from the Plan
No. 16 – Remain as is
No. 17 – Don't need actual policies, but would ask for documents and communications concerning the use of the specific policies listed to fund the Plan, like discussions why these specific policies were used in the Plan, whether these specific policies would comply with Plan requirements, etc.

Also, you have agreed that if we do not end up reaching an overall agreement, you will comply with the Court's directive to re-file your revised motion (and presumably produce any privilege log, if necessary) by Wed., Jan 22.

1

Thanks

Ralph
**Ralph Canada** | Attorney | **Loewinsohn Flegle Deary, L.L.P.**
o: 214.572.1784 | f: 214.572.1717 | e: ralphc@lfdlaw.com
www.LFDlaw.com
This communication may contain confidential or privileged information