# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEPHEN OUWINGA,<br>LEANN OUWINGA,<br>DAVID OUWINGA,<br>CHRISTINE OUWINGA,<br>STONEY CREEK FISHERIES AND<br>EQUIPMENT INC.<br>              Plaintiffs,<br>   v.<br><br>BENISTAR 419 PLAN SERVICES, INC.,<br>BENISTAR LTD,<br>JOHN HANCOCK VARIABLE LIFE INS.<br>CO.,<br>EDWARDS ANGELL PALMER &<br>DODGE LLP,<br>JOHN H. REID, III, KRIS LESLEY,<br>ROBERT FOGG,<br>PASCIAK JOHN HANCOCK AGENCY<br>LLC,<br>JOHN HANCOCK LIFE INS. CO.<br>              Defendants. | CIVIL ACTION NO.<br>3:13cv1762VLB<br><br><br><br><br><br><br><br><br><br><br><br><br>JANUARY 23, 2014 |

## JOINT NOTICE OF AGREEMENT

The Plaintiffs and non-party Benistar Admin Services, Inc. wish to notify the Court that an agreement, the particulars of which are more fully described in Doc. # 22, has been reached in this matter. As of this time, no further Court intervention is necessary.

Respectfully submitted,

**PLAINTIFFS,**
**STEPHEN OUWINGA, ET AL.**

/s/ *W. Ralph Canada, Jr.*
David R. Deary
W. Ralph Canada, Jr.
Jeven R. Sloan
K. Adam Rothey
Tyler M. Simpson
LOEWINSOHN FLEGLE DEARY, LLP
12377 Merit Drive, Suite 900
Dallas, Texas 75251
Phone: (214) 572-1700
Fax: (214) 572-1717

Garrett S. Flynn (CT 22071)
The Law Offices of Garrett S. Flynn, LLC
10 North Main Street, #316
West Hartford, CT 06107
Phone: (860) 676-3148
Fax: (860) 674-0085
gsf@flynn-law.com


**NON-PARTY,**
**BENISTAR ADMIN SERVICES, INC.**

*/s/Joseph J. Arcata, III*
Joseph J. Arcata, III (CT 27104)
HALLORAN & SAGE LLP
225 Asylum Street
Hartford, CT  06103-4303
Telephone:  (860) 241-4092
Fax:  (860) 548-0006
arcata@halloran-sage.com

## **CERTIFICATION**

  I hereby certify that on January 23, 2014, a copy of the foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

                */s/Joseph J. Arcata, III*
                Joseph J. Arcata, III